IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACKIE E. MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-374-B |
| | ) | [WO] |
| CITY OF OPELIKA AND GARY FULLER | ) | |
| AS MAYOR OF OPELIKA, AL., | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to the *Memorandum Opinion and Order* granting the Defendants' *Motion to Dismiss* this Complaint, it is

**ORDERED** that FINAL JUDGMENT, pursuant to Rule 58, Fed. R. Civ.P., is entered against the Plaintiff, Jackie E. Murray, and in favor of the Defendants – City of Opelika and Gary Fuller as Mayor of Opelika, Alabama – and this action is hereby DISMISSED with prejudice and costs taxed against the Plaintiff.

DONE THIS 10th DAY OF August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE